UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,,

                Plaintiff,

                                      ORDER

-vs-
                                      05-CR-6011

LORAL RICHARD HUFFMAN,

                Defendant.

---

        The Court hereby remands defendant Loral Richard Huffman to the custody of the U.S. Marshals Service to be removed from NE Ohio Correctional Center in Youngstown, Ohio and transferred to MDC Brooklyn, Brooklyn, New York, a facility that is equipped to handle defendant's medical and behavioral issues. Defendant shall be transferred to MDC Brooklyn at the earliest convenience of the U.S. Marshals Service.

        IT IS SO ORDERED.

                                                      DAVID G. LARIMER
                                                      U.S. District Judge

Dated:       Rochester, New York
                November 14, 2007